UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ROXANNE WILLIAMS,
Individually, and as the Administrator of the
Estate of Hayden Blackman, Deceased,

                    Plaintiff,

     v.

CITY OF ROCHESTER, et al.,

                    Defendants.
_____

ORDER and
REPORT & RECOMMENDATION

13-CV-6152W

On November 9, 2017, plaintiff Roxanne Williams ("Williams") filed a motion to amend the complaint and to unseal grand jury minutes[1] (Docket # 141), which the defendants opposed (Docket # 142). Having reviewed the parties' submissions, and oral argument having been conducted on February 27, 2018, for the reasons stated more fully on the record on February 27, 2018, I recommend that the district court deny Williams's motion to amend (Docket # 141). It is further,

ORDERED, for the reasons stated more fully on the record on February 27, 2018, that Williams's motion to unseal grand jury minutes (**Docket # 141**) is **DENIED**.

**IT IS SO ORDERED.**

                                            _____
                                              MARIAN W. PAYSON
                                              United States Magistrate Judge

Dated: Rochester, New York
       March __1__, 2018

---

[1] Williams's motion also requested an order that certain facts set forth in the requests for admission she propounded to defendants be deemed admitted. (Docket # 141). That portion of the motion previously was denied by this Court. (Docket # 151).