UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

ROXANNE WILLIAMS, Individually and as the Administrator of the Estate of HAYDEN BLACKMAN, Deceased,

                    Plaintiff,

v.

CITY OF ROCHESTER, ROCHESTER POLICE DEPARTMENT, RANDY BOOK and MATTHEW WILLIAMSON

                    Defendants.

**STIPULATION OF DISCONTINUANCE**

Case: 6:13-cv-06152-DGL-MWP

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, pursuant to the Federal Rules of Civil Procedure Rule §41(a)(ii) and that no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed, with prejudice, without costs to either party as against the other. This stipulation will be filed by the Defendants without further notice with the Clerk of the Court.

Dated: April 27, 2018

_____
Robert Fussell, Esq,
*Attorney for Plaintiff*
46 Wolcott Street, Suite One
LeRoy, NY  14482

_____
Timothy R. Curtin, Corporation Counsel
Spencer Ash, Esq., Of Counsel
*Attorney for Defendants*
30 Church Street, Room 400A
Rochester, New York 14614

— Patrick Beath